

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00052-CV

| | | |
|---|---|---|
| Takesha Dunlap | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2017-000378-1) |
| v. | § | March 15, 2018 |
| Beauly, LLC | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman